# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICIA JANE SCHILLING,<br><br>        Plaintiff,<br><br>    v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>        Defendant. | Case No. 1:21-cv-01268-SAB<br><br>ORDER RE STIPULATION EXTENDING BRIEFING SCHEDULE<br><br>(ECF No. 12) |

On April 19, 2022, a stipulation was filed to extend the time for Plaintiff to file an opening brief. (ECF No. 12.) The Court finds good cause to grant the stipulated request.

Accordingly, pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that:

1. Plaintiff's opening brief shall be filed on or before **May 23, 2022**;
2. Defendant's opposition brief shall be filed on or before **July 14, 2022**; and
3. Plaintiff's reply, if any, shall be filed on or before **July 29, 2022**.

IT IS SO ORDERED.

Dated:   **April 20, 2022**

UNITED STATES MAGISTRATE JUDGE

1